# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR-08-253-M |
| ) | |
| MARK KERNEY WEAVER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On September 17, 2008, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation, pursuant to 18 U.S.C. §§ 4241(e) and 4247(d) to determine whether defendant has been restored to competency to stand trial. The Magistrate Judge recommended that defendant be found competent to stand trial and that this matter proceed with the initial appearance of defendant on the petition filed in the United States District Court for the Western District of Texas alleging that defendant has violated the conditions of his supervised release. The parties were advised of their right to object to the Report and Recommendation by September 29, 2008. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on September 17, 2008, and

(2) ORDERS that defendant proceed with his appearance concerning violation of the conditions of his supervised release.

**IT IS SO ORDERED this 2nd of October, 2008.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE